UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2004 DEC 13 AM 8 04
CLERK
BY _____
DEPUTY CLERK

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | CR-04- |
| | ) | |
| Robert A. Sasso, | ) | 2:04-CR-93-3 |
| | ) | |
| Defendant. | ) | |

## AFFIDAVIT OF LAWRENCE A. VOGELMAN

I, Lawrence A. Vogelman, pursuant to Vermont District Court local rule 83.2, declares under penalty of perjury the following:

1. I have an office located at 42 Hampton Road, mailing address Post Office Box 220, Exeter, New Hampshire 03833-0220, telephone # 603-778-1984, facsimile # 603-778-9216, e-mail address lvogelman@skv-law.com.

2. I was admitted to practice in the States of New Hampshire on May 31, 1994, and New York on May 24, 1974, and the Federal District Court for the District of New Hampshire on May 21, 1994, as well as the Southern and Eastern Districts of New York, and the First, Second, and Third Circuit Courts of Appeals.

3. I am a member in good standing of the above-named courts and I am not currently under any order of disbarment, suspension, or discipline, nor do I have pending disciplinary charges against me.

4. I have retained Paul Volk, an attorney in good standing in this Court to serve as local counsel.

5. I am familiar with the Local Rules of the United States District Court for the District of Vermont.

Dated: December 4, 2004

_____
Lawrence A. Vogelman

STATE OF NEW HAMPSHIRE
COUNTY OF ROCKINGHAM

On the 4th day of December, 2004, personally appeared before me, Lawrence A. Vogelman, and made oath that the foregoing statement by him subscribed are true to the best of his knowledge and belief.

_____
Justice of the Peace/Notary Public
My Commission expires:_____

SCOTT C. BARTON, Notary Public
My Commission Expires December 19, 2006

F:\Sasso, Robert A.002\Affidavit~LAV.doc