# UNITED STATES DISTRICT COURT
## DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| v. | ) Case No: 2:04-CR-93 |
| | ) |
| SHANNON SMITH, | ) |

## APPLICATION FOR WRIT OF HABEAS CORPUS

The undersigned attorney hereby applies to the Court for the issuance of a writ of habeas corpus

    (X) Ad Prosequendum     ( ) Ad Testificandum.

Name of Detainee:   Shannon Smith
Detained at (custodian):   Rikers Island Correction - OBCC

Detainee is:   a.)   (X) charged in this district by:
    (X) Indictment     ( ) Information     ( ) Complaint
    Charging Detainee With:   False Statement/Possession and Conspiracy to Distribute Cocaine Base.

or   b.)   ( ) a witness not otherwise available by ordinary process of the Court

Detainee will:   a.)   ( ) return to the custody of detaining facility upon termination of proceedings
or   b.)   (X) be retained in federal custody until final disposition of federal charges, as a sentence
is     currently being served at the detaining facility

Appearance is necessary on Tuesday, January 25, 2005 at 1:30 p.m. in the courtroom of the Honorable United States Magistrate Judge Jerome J. Niedermeier for arraignment.

    Attorney of Record for:   John M. Conroy, AUSA

## WRIT OF HABEAS CORPUS

    ( ) Ad Prosequendum     ( ) Ad Testificandum

The above application is granted and the above-named custodian, as well as the United States Marshal for this district, is hereby ORDERED to produce the named detainee, on the date and time recited above, and any further proceedings to be had in this cause, and at the conclusion of said proceedings to return said detainee to the above-named custodian.

_____     _____
Date     United States District/Magistrate Judge

Please provide the following, if known:

| | | | |
|---|---|---|---|
| AKA(s) (if applicable): | _____ | Male X | Female |
| Booking or Fed. Reg. #: | 441-04-05764 | DOB: | 12/23/1979 |
| Facility Address: | 1600 Hazen Street | Race: | |
| | East Elmhurst, NY 11370 | FBI #: | |
| Facility Phone: | 718-546-6449/Fax: 618-546-6412 | | |
| Currently Incarcerated For: | | | |

### RETURN OF SERVICE

Executed on _____ by _____
                                                                       (Signature)