AO 442 (Rev. 10/03) Warrant for Arrest

U.S. DISTRICT COURT
DISTRICT OF VERMONT
FILED
2005 JAN 27 PM 4 41
CLERK
BY_____
DEPUTY CLERK

# UNITED STATES DISTRICT COURT
District of Vermont

UNITED STATES OF AMERICA

V.

ROBERT SASSO

WARRANT FOR ARREST

Case Number: 2:04-CR-93

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest    Robert Sasso
                                            Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

☑ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Probation Violation Petition  ☐ Supervised Release Violation Petition  ☐ Violation Notice

charging him or her with   (brief description of offense)
Making a materially false statement

[stamp: U.S. MARSHALS SERVICE DISTRICT OF VERMONT 2004 OCT 28 P 4:12]

in violation of Title  18  United States Code, Section(s)  1001

Kathleen Carter
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

[Signature]
Signature of Issuing Officer

Burlington, Vermont
Date and Location

### RETURN

This warrant was received and executed with the arrest of the above-named defendant at

Picked up on WHCAP

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| 10-28-04 | USMS W/NY | Joseph M. Gomes for W/NY |
| DATE OF ARREST 1-20-05 | | |