UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) <br> ) <br> v. ) <br> ) <br> ) <br> ROBERT SASSO ) | Criminal No. 2:04-CR-93-03 |

### GOVERNMENT'S SENTENCING MEMORANDUM

Robert Sasso, 23, comes before the Court to be sentenced for making a false statement to DEA agents with regard to his true identity. When found at an Essex apartment used to distribute crack, he told investigators that is name was "Ricardo Pimental." He asserts that his motivation was to avoid a parole violation for his 2000 conviction for Possession of a Weapon. A presentence report has been submitted to the Court concluding that the defendant's Sentencing Guideline range is 2 - 8 months. To date, Mr. Sasso has served approximately three months in pretrial detention on the federal charge. The United States, pursuant to the terms of the plea agreement recommends a term of imprisonment in the lower half of the applicable Sentencing Guideline range.

Dated at Burlington, in the District of Vermont, this __12__ day of July, 2005.

                                        Respectfully submitted,

                                        UNITED STATES OF AMERICA

                                        DAVID V. KIRBY
                                        United States Attorney

By: _/s/ John M. Conroy_
                                        JOHN M. CONROY
                                        Assistant U.S. Attorney
                                        P.O. Box 570
                                        Burlington VT 05402-0570
                                        (802) 951-6725

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF VERMONT

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Criminal No. 2:04-CR-93-03 |
| ) | |
| ROBERT SASSO, ) | |
|       Defendant. ) | |

**CERTIFICATE OF SERVICE**

I, Darla V. Bernier, Legal Assistant for the United States Attorney's Office for the District of Vermont, do hereby certify that I have served a copy of the foregoing **Government's Sentencing Memorandum** on the Defendant by mailing first class a copy thereof to:

Lawrence A. Vogelman, Esq.  
Nixon, Raiche, Manning,  
 Vogelman & Leach  
77 Central Street  
Manchester, NH 03101  

Paul S. Volk, Esq.  
Blodgett, Watts & Volk, P.C.  
P.O. Box 8  
Burlington, VT 05402-0008  

counsel for the Defendant, this 12th day of July, 2005.

_____  
Darla V. Bernier  
Legal Assistant